THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
THOMAS D. COKER [SBN 136820]
Assistant United States Attorney
  Room 7211, Federal Building
  300 N. Los Angeles Street
  Los Angeles, California  90012
  Telephone: (213) 894-
  Facsimile: (213) 894-0115
e-mail: thomas.coker@usdoj.gov

Attorneys for the United States of America,
Petitioner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV09-02301 R PJWx |
| Petitioner, | [PROPOSED] |
| v. | ORDER TO SHOW CAUSE |
| JIM SHAN LIAOU, aka Gary S. Liaou, aka Gary Jih Shan Liaou; WEN S. LIAOU; CHIA P. LIAOU, aka Estefani C. Liaou; LUCKY FARMS, INC.; LUCKY STAR, LLC, aka Lucky Star Marketing, LLC, | |
| Respondents. | |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declarations to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summonses. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248 (1964); see also, Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United

States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's *prima facie* case is typically made through the sworn declaration of the IRS agent who issued the summons); *accord*, United States v. Gilleran, 992 F.2d 232, 233 (9th Cir. 1993).

Therefore, **IT IS ORDERED** that Respondents appear before this District Court of the United States for the Central District of California, in Courtroom No. **8**,

[X] United States Courthouse
    312 North Spring Street, Los Angeles, California, 90012

[ ] Roybal Federal Building and United States Courthouse
    255 E. Temple Street, Los Angeles, California, 90012

[ ] Ronald Reagan Federal Building and United States Courthouse
    411 West Fourth Street, Santa Ana, California, 92701

[ ] Brown Federal Building and United States Courthouse
    3470 Twelfth Street, Riverside, California, 92501

[ ] _____

on **MAY 4**, 2009, at **11:00 a**.m., and show cause why the testimony and production of books, papers, records, and other data demanded in the subject Internal Revenue Service summonses should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declarations be served promptly upon Respondents by any employee of the Internal Revenue Service or the United States Attorney's Office, by personal delivery, by certified mail or by service upon counsel Edward Otho Cresap Ord, Esq., of Ord & Norman.

**IT IS FURTHER ORDERED** that within ten (10) days after service upon counsel for Respondents of the herein described documents, Respondents shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondents file a response with the Court stating that Respondents do not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondents at any hearing pursuant to this Order to Show Cause is excused, and Respondents shall be deemed to have complied with the requirements of this Order.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: April 2, 2009

_____
UNITED STATES DISTRICT JUDGE

Presented By:

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
_____
THOMAS D. COKER
Assistant United States Attorney